SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br>Loc T. Nguyen, et al,<br><br><br><br>Defendants | Case No.: CIV.S 09-cv-00046-LKK-KJM<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF HAZEL F. WEBER AND ORDER**<br><br>Complaint Filed: JANUARY 7, 2009<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Hazel F. Weber) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to be remained open with remaining Defendant. Defendant (Hazel F. Weber) is dismissed because this Defendant is deceased.

Dated: March 16, 2009        /s/Scott N. Johnson_____
                             SCOTT N. JOHNSON
                             Attorney for Plaintiff

PDF created with pdfFactory trial version www.pdffactory.com

1  **IT IS SO ORDERED**.

2
   Dated:  March 17, 2009.
3

4

5
   _____
6  LAWRENCE K. KARLTON
   SENIOR JUDGE
7  UNITED STATES DISTRICT COURT

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
CIV: S-09-00046-LKK-KJM

PDF created with pdfFactory trial version www.pdffactory.com